■ WALTER J. NARY, II, Respondent-Appellant, v ROSEMARY JONIENTZ, Appellant-Respondent. (Appeal No. 1.) [971 NYS2d 926]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered May 2, 2012. The order granted in part the motion of defendant to set aside the jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Nary v Jonientz* (110 AD3d 1448 [2013]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.